AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

HUMBERTO ARRUDA

**District of**    CALIFORNIA

Plaintiff (s),

V.

UFCW-5

Defendant (s),

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

**CASE NUMBER:**    CV 13-1192 LHK

Notice is hereby given that, subject to approval by the court,    HUMBERTO ARRUDA    substitutes

(Party (s) Name)

FRANK E. MAYO , State Bar No. 42972 as counsel of record in

(Name of New Attorney)

place of    HUMBERTO ARRUDA, IN PRO PER

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    FRANK E. MAYO, ESQ.

Address:    4962 EL CAMINO REAL, STE 104, LOS ALTOS, CA 94022

Telephone:    (650) 964-8901    Facsimile  (650) 964-7293

E-Mail (Optional):    fmayolaw@aol.com

I consent to the above substitution.

Date:    6/3/2013

(Signature of Party (s))

I consent to being substituted.

Date:    6/3/2013

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:    6/3/2013

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    June 6, 2013

*Lucy H. Koh*

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]