DAVID A. ROSENFELD, Bar No. 058163
ANNE I. YEN, Bar No. 187291
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax  (510) 337-1023
E-Mail:  drosenfeld@unioncounsel.net
         ayen@unioncounsel.net

Attorneys for Defendant United Food & Commercial Workers
Union, Local 5

FRANK E. MAYO, Bar No. 42972
LAW OFFICES OF FRANK E. MAYO
4962 El Camino Real, Suite 104
Los Altos, C  94022
Telephone (650) 964-8901
Fax  (650) 964-7293
E-Mail:  fmayolaw@aol.com

Attorney for Plaintiff Humberto Arruda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUMBERTO ARRUDA,<br><br>              Plaintiff,<br><br>     v.<br><br>UFCW-5, AND DOES 1 THROUGH 20,<br><br>              Defendants. | Case No.  13-CV-01192 (LHK)<br><br>**JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER**<br><br>Date:  June 19, 2013<br>Time:  2:00 p.m.<br>Ctrm:  8 |

    Plaintiff's counsel substituted in effective June 6, 2013.  Previously, Plaintiff was in pro per.  Counsel for the parties request continuance of the case management conference to allow time to confer regarding initial disclosures, discovery and other litigation procedures.  In the event the Court grants continuance of the case management conference, for scheduling purposes

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

**JOINT CASE MANAGEMENT STATEMENT (CASE NO. 13-CV-01192 LHK)**

please note that counsel will be unavailable June 27 through July 7.  At this time, the parties submit the following pursuant to Northern District Local Rules.

1.  **JURISDICTION AND SERVICE**

Plaintiff filed this action under Title VII of the Civil Rights Act of 1964.  Defendant removed to this Court on March 18, 2013.

2.  **FACTS**

In Plaintiff's complaint, he states that he was an employee of Lucky Stores, Inc. as a meat cutter.  He states that he was discharged from Lucky Stores, Inc. on August 11, 2011.  Plaintiff alleges that he was sexually harassed by the meat manager at Lucky Stores; that he allegedly reported unfair treatment to his representative; and that Defendant, UFCW – 5, allegedly refused to investigate and take action to prevent discrimination.  Defendant denies Plaintiff's allegations, except that Defendant agrees Plaintiff was a former employee of Lucky Stores in a bargaining unit represented by Local 5.

3.  **LEGAL ISSUES**

In Defendant's Answer, Defendant denies the allegations of Plaintiff's Complaint and alleges fifteen affirmative defenses including, but not limited to, failure to exhaust administrative remedies, internal union remedies and contractual remedies; preemption by federal labor law; and statute of limitations.

4.  **MOTIONS**

Plaintiff's attorney recently substituted in and the substitution was approved on June 6, 2013.  Previously, Plaintiff was in pro per.  Counsel for the parties have not yet had the opportunity to confer regarding other anticipated motions, but they will do so at the earliest opportunity.

5.  **AMENDMENT OF PLEADINGS**

See number 4 above.

6.  **EVIDENCE PRESERVATION**

Those persons who may have records for electronically stored information at UFCW Local 5 which may be relevant to the issues reasonably anticipated in this case have been

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
JOINT CASE MANAGEMENT STATEMENT (CASE NO. 13-CV-01192 LHK)

informed of the need to preserve evidence.

**7.  DISCLOSURES**

Please see number 4 above.

**8.  DISCOVERY**

As Plaintiff's counsel only recently substituted effective June 6, discovery has not yet commenced.  Defendant's counsel will confer with Plaintiff's new counsel regarding whether Plaintiff's counsel intends to amend the pleading and regarding discovery scheduling.

**9.  CLASS ACTIONS**

Not applicable.

**10.  RELATED CASES**

Please see number 4 above.  Plaintiff has also filed an action against the employer, Lucky Store's Inc., and Defendant's counsel is willing to confer with Plaintiff's new counsel regarding whether the matters are related.

**11.  RELIEF**

In Plaintiff's complaint, he seeks damages for health care expenses, emotional pain and suffering, punitive damages, lost wages and benefits, reinstatement and cost of suit.

**12.  SETTLEMENT AND ADR**

An ADR phone conference has been scheduled by the ADR Program on June 17, 2013.

**13.  CONSENT TO MAGISTRATE JUDGE**

Not applicable.

**14.  OTHER REFERENCES**

Not applicable.

**15.  NARROWING OF ISSUES**

Defendant's counsel is willing to confer with Plaintiff's new counsel regarding narrowing of issues.

**16.  EXPEDITED TRIAL PROCEDURE**

Not applicable at this time.

/ / /

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

JOINT CASE MANAGEMENT STATEMENT (CASE NO. 13-CV-01192 LHK)

**17.    SCHEDULING**

Defendant's counsel is willing to confer with Plaintiff's counsel regarding litigation scheduling and proposes that the Court continue the case management conference to allow the parties to counsel to do so.

**18.    TRIAL**

See Number 17 above.

**19.    DISCLOSURE OF NON ENTITY, INTERESTED ENTITIES OR PERSONS**

None to disclose by Defendant.

**20.    OTHER**

Defendant has no other requests at this time.

Dated:  June 12, 2013                    WEINBERG, ROGER & ROSENFELD
                                         A Professional Corporation


                                         /s/ *Anne I. Yen*
                                   By:      David A. Rosenfeld
                                            Anne I. Yen

                                         Attorneys for Defendant United Food &
                                         Commercial Workers Union, Local 5

Dated:  June 12, 2013                    LAW OFFICES OF FRANK E. MAYO


                                         /s/ *Frank E. Mayo*
                                   By:      Frank E. Mayo

                                         Attorney for Plaintiff Humberto Arruda

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4

JOINT CASE MANAGEMENT STATEMENT (CASE NO. 13-CV-01192 LHK)

# [~~PROPOSED~~] ORDER

The request to continue the case management conference in this matter is approved. The parties shall appear for case management conference on  July 24, 2013  and shall file a joint case management statement and proposed order no later than  July 17, 2013 .

IT IS SO ORDERED.

Date:  June 17, 2013

*Lucy H. Koh*
United States District Court Judge Lucy H. Koh

133866/721075

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

5

JOINT CASE MANAGEMENT STATEMENT (CASE NO. 13-CV-01192 LHK)