**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUMBERTO ARRUDA, ) | Case No.: 13-CV-01192-LHK |
| ) | |
| Plaintiff, ) | ORDER TO FILE JOINT CASE |
| v. ) | MANAGEMENT STATEMENT |
| ) | |
| UNITED FOOD AND COMMERCIAL ) | |
| WORKERS UNION, LOCAL 5, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

The parties have failed to file a Joint Case Management Statement ("JCMS") 7 days in advance of the Case Management Conference set for July 24, 2013, as required by Civil Local Rule 16-10(d). The parties are ORDERED to file their JCMS by Tuesday, July 23, 2013, at 5 p.m.

**IT IS SO ORDERED.**

Dated: July 22, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 13-cv-01192-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT