UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUMBERTO ARRUDA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> UNITED FOOD AND COMMERCIAL ) <br> WORKERS UNION, LOCAL 5, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No.: 13-CV-01192-LHK <br><br> ORDER TO FILE JOINT CASE <br> MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement ("JCMS") 7 days in advance of the Case Management Conference set for July 24, 2013, as required by Civil Local Rule 16-10(d). The parties are ORDERED to file their JCMS by Tuesday, July 23, 2013, at 5 p.m.

**IT IS SO ORDERED.**

Dated: July 22, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge