DAVID A. ROSENFELD, Bar No. 058163
ANNE I. YEN, Bar No. 187291
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax  (510) 337-1023
E-Mail:  drosenfeld@unioncounsel.net
              ayen@unioncounsel.net

Attorneys for Defendant United Food & Commercial Workers
Union, Local 5

FRANK E. MAYO, Bar No. 42972
LAW OFFICES OF FRANK E. MAYO
4962 El Camino Real, Suite 104
Los Altos, C  94022
Telephone (650) 964-8901
Fax  (650) 964-7293
E-Mail:  fmayolaw@aol.com

Attorney for Plaintiff Humberto Arruda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| HUMBERTO ARRUDA, | Case No.  13-CV-01192 (LHK) |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT AND TIME FOR RESPONSE** |
| UFCW-5, AND DOES 1 THROUGH 20, | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure, Rule 15(a)(2) and Northern District Local Rule 6-1(a), the parties in the above-captioned matter hereby stipulate by and through their counsel:

1
**STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT AND TIME FOR RESPONSE
CASE NO. 13-CV-1192 (LHK)**

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

Plaintiff may file the attached First Amended Complaint (Exhibit A).  Defendant makes this stipulation without prejudice to Defendant's right to make a motion attacking the pleading and without waiving any defenses, substantive or procedural.

Following the electronic filing and service of the First Amended Complaint, Defendant shall have 30 days to file an answer or responsive motion.

So stipulated.

Dated:  July 22, 2013         WEINBERG, ROGER & ROSENFELD
                              A Professional Corporation

                              By:  /s/ Anne I. Yen
                                   David A. Rosenfeld
                                   Anne I. Yen

                              Attorneys for Defendant United Food &
                              Commercial Workers Union, Local 5

Dated:  July 22, 2013         LAW OFFICES OF FRANK E. MAYO

                              By:  /s/ Frank E. Mayo
                                   Frank E. Mayo

                              Attorney for Plaintiff Humberto Arruda

133866/726072

Pursuant to the parties' stipulation above, **IT IS SO ORDERED.**  Plaintiff shall file his First Amended Complaint on July 25, 2013.

Date: July 24, 2013

*Lucy H. Koh*
Lucy H. Koh
United States District Judge

2
**STIPULATION REGARDING FILING OF FIRST AMENDED COMPLAINT AND TIME FOR RESPONSE**
**CASE NO. 13-CV-1192 (LHK)**